# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE: January 16, 2015**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 5:15:10 PM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:**    **14TH  COURT OF APPEALS**

**From:**    **Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**    **2011-20853B**

**VOLUME ____ PAGE ____    OR    IMAGE # 63799564**

**DUE:    03-09-15**    ~~**ATTORNEY TBN**~~ **PRO SE #2**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH COURT OF APPEALS**

**DATE ORDER SIGNED:    01-08-15**

~~**MOTION FOR NEW TRIAL**/**REQUEST FOR FINDINGS OF FACT DATE** **FILED:**~~  **NONE**

**REQUEST TRANSCRIPT DATE FILED    NO REQUEST– RULE 34.5**

**NOTICE OF APPEAL DATE FILED    01-13-2015**

**NUMBER OF DAYS: ( CLERKS RECORD )  60- No Post-Trial Motion filed**

**FILE ORDERED:  YES ☐  NO ☒  IMAGED FILED:  YES ☒  NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, Deputy**

**BC        NOTICE OF APPEAL FILED**
**BG        NOTICE OF APPEAL FILED – GOVERNMENT**
**C        JUDGMENT BEING APPEALED**
**D -        ACCELERATED APPEAL**
**OA        NO CLERK'S RECORD REQUEST FILED**
**O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)**
**NA        AMENDED NOTICE OF APPEAL**

CONFIRMED FILE DATE: 1/13/2015

14th
COA
JM

IN THE INTerest of
Kelshaun Jones williams
A child

Cause No 2011-20853B

IN The District Court
310Th Judicial District
Harris County, Texas

Petition For Appeal

I Shaquail Jones-Williams Appeal cause: 2011-20853B
That was Signed on 1/8/2015

FILED
Chris Daniel
District Clerk
JAN 13 2015
Time: 11:33 am
Harris County, Texas
By_____
Deputy

FILED
Chris Daniel
District Clerk
JAN 13 2015
Time:_____
Harris County, Texas
By_____
Deputy

1/13/15

Shaquail Jones-Williams Date
1719 Demaree Lane
Houston Texas 77029
cel phone Number
832 896 4873

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA

NO. 2011-20853-B

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | |
| KELSHAUN JONES WILLIAMS, | § | 310th JUDICIAL DISTRICT |
| | § | |
| A CHILD | § | HARRIS COUNTY, TEXAS |

**ORDER TO RETURN CHILD**

On January 7, 2015 a hearing was held in this Court on the petition of KELDRIC WILLIAM for a Writ of Habeas Corpus to compel return of the child to Petitioner.

Petitioner appeared in person and by attorney of record, TIFFANY CARROLL-CURTIS. Respondent, SHAQUAIL JONES-WILLIAMS, did not appear, although given notice as required by law.

The Court finds that Petitioner is the person entitled by law to possession of the child, KELSHAUN JONES WILLIAMS, and that Respondent has illegally confined and restrained the child.

SHAQUAIL JONES-WILLIAMS is ORDERED to deliver the child KELSHAUN JONES WILLIAMS to the possession of KELDRIC WILLIAM at 12523 Fern Forest, Houston, Texas immediately.

IT IS FURTHER ORDERED that the clerk of this Court immediately issue a writ of attachment commanding any sheriff or constable within the State of Texas to take the body of KELSHAUN JONES WILLIAMS, a child, and deliver the child safely into the possession of KELDRIC WILLIAM, Petitioner, at 12523 Fern Forest, Houston, Texas 77044.

RECORDERS MEMORANDUM
This Instrument is of poor quality
at the time of imaging



Costs of this action are taxed against Respondent, for which let execution issue.

SIGNED on **JAN 0 8 2015** .

_____
JUDGE PRESIDING .

APPROVED AS TO FORM ONLY:

CARROLL-CURTIS & ASSOC
3730 KIRBY DRIVE, SUITE 1200
HOUSTON, TEXAS 77098
Tel: (713) 661-5878
Fax: (713) 661-7340

By:_____
TIFFANY CARROLL-CURTIS
Attorney for Petitioner
State Bar No. 24031799
tcarrollcurtis@hotmail.com

CASE NUM: 201120853B_ PJN> __  TRANS NUM: _____ CURRENT COURT: 310 PUB? _
CASE TYPE: OTHER FAMILY                    CASE STATUS: DISPOSED (FINAL)
STYLE: WILLIAMS, KELDRIC              VS JONES-WILLIAMS, SHAQUAIL
========================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                           STAT
_     00002-0001 DEF          JONES-WILLIAMS, SHAQUAIL
_     00001-0001 PLT 24031799 WILLIAMS, KELDRIC                 CARROLL-CURTI


==> (2) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP